The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH N. D'AMICO, an individual; FORT DISCOVERY CORP, a Washington corporation; SECURITY SERVICES NORTHWEST, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERSON COUNTY, a Washington county; DAVID STANKO; ROBERT GEBO; KATHLEEN KLER,<br><br>Defendants. | No. 3:20-cv-05253-RJB<br><br>DEFENDANT KATHLEEN KLER'S MOTION FOR SUMMARY JUDGMENT<br><br>NOTE OF MOTION CALENDAR:<br><br>SEPTEMBER 25, 2020<br>WITHOUT ORAL ARGUMENT |

## I. INTRODUCTION AND SUMMARY OF ARGUMENT

Former Jefferson County Commissioner Kathleen Kler moves for summary judgement of the sole claim against her: civil conspiracy under state law. Commissioner Kler denies that she engaged in any civil conspiracy. Plaintiffs are required to produce clear, cogent and convincing evidence of the conspiracy, and cannot. It has been over six months since this lawsuit was filed and it alleges conduct that occurred years ago. In the absence of admissible evidence meeting the standard, the case against Kler must be dismissed.

DEFENDANT KATHLEEN KLER'S MOTION FOR SUMMARY JUDGMENT - 1
3:20-cv-05253-RJB

1329-00014/Kler Motion for Summary Judgment

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

## II. FACTS

This case was filed March 16, 2020. ECF #1. In the initial complaint, all sitting County Commissioners were named as defendants, as well as Kathleen Kler, a former commissioner. *Id.* A First Amended Complaint was filed April 16, 2020, and still named Kler and the current commissioners. ECF #17. A Second Amended Complaint was filed July 15, 2020, and dropped the current commissioners, but maintained the claim against Kler. ECF #32.

In the Second Amended Complaint, Plaintiffs allege that former Sheriff Dave Stanko "implemented a plan to shut down the gun range outside of the legal process." ECF #32, Paragraph 4.12. Plaintiffs allege that Kathleen Kler knew of and "supported his actions." *Id.* Paragraph 4.16. The sole cause of action against Kler is the allegation that she engaged in a civil conspiracy with Stanko. *Id.* Paragraph 5.39.

Kler's testimony is that she did not enter into any conspiracy with the Sheriff. *Declaration of Kler*. She did believe that the Sheriff was taking legal and appropriate steps to end illegal shooting on Plaintiffs' property. *Id*. She thanked him for his work. This was not an agreement to do anything. *Id*. She never believed the Sheriff was acting illegally, with an illegal purpose or illegal means. She denied any conspiracy. *Id*.

## III. LAW AND ARGUMENT

To establish a civil conspiracy, Plaintiffs must prove by clear, cogent and convincing evidence that (1) two or more people combined to accomplish an unlawful purpose, or combined to accomplish a lawful purpose by unlawful means; and (2) the conspirators entered into an agreement to accomplish the object of the conspiracy. *Corbit v. J.I. Case Co.*, 70 Wash.2d 522, 528–29, 424 P.2d 290 (1967). Mere suspicion or commonality of interests

DEFENDANT KATHLEEN KLER'S MOTION FOR SUMMARY JUDGMENT - 2
3:20-cv-05253-RJB

1329-00014/Kler Motion for Summary Judgment

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

is insufficient to prove a conspiracy. *Wilson v. State,* 84 Wn. App. 332, 351, 929 P.2d 448, 459 (1996) "[When] the facts and circumstances relied upon to establish a conspiracy are as consistent with a lawful or honest purpose as with an unlawful undertaking, they are insufficient." .*All Star Gas, Inc., of Washington v. Bechard,* 100 Wn. App. 732, 740, 998 P.2d 367, 372 (2000).

To preclude summary judgment of a civil conspiracy claim, a nonmoving party may not rely solely on speculation and argumentative assertions. Upon the submission by the moving party of adequate declarations, the nonmoving party must set forth specific admissible facts to rebut the moving party's contentions and show that a genuine issue as to a material fact exists. .*Allard v. Bd. of Regents of Univ. of Washington*, 25 Wn. App. 243, 247, 606 P.2d 280, 282 (1980). For example, in *Allard*:

> Dr. Allard alleges that the faculty of his department at the University agreed to disregard his teaching ability thereby insuring he would be denied tenure. In support of this allegation he points to correspondence between his department chairman and others expressing reservations about his teaching ability which is inconsistent with other correspondence to him praising those abilities. He also points to irregularities in his personnel file and to an affidavit by a senior faculty member, Dr. Rey, that he told other faculty to disregard Allard's teaching ability in considering him for tenure. But in none of these is there evidence of an agreement. If evidence of an agreement is not provided, a conspiracy cannot be established.

*Allard v. Bd. of Regents of Univ. of Washington,* 25 Wn. App. 243, 247–48, 606 P.2d 280, 282–83 (1980).

Here, there is an absence of any agreement. *Declaration of Kler*. And even if former Sheriff Stanko can be shown to have acted with illegal purpose or motive, there is no evidence that Kler knew *or* approved of an illegal purpose or motive. There is a manifest lack of

DEFENDANT KATHLEEN KLER'S MOTION FOR
SUMMARY JUDGMENT - 3
3:20-cv-05253-RJB

1329-00014/Kler Motion for Summary Judgment

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

evidence and the Motion for Summary Judgement dismissing all claims against Kler should be granted.

DATED:  September 3, 2020

        KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Andrew Cooley*
Andrew Cooley, WSBA #15189

801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:     (206) 223-9423
Email: acooley@kbmlawyers.com

JEFFERSON COUNTY PROSECUTING ATTORNEY'S OFFICE

Philip C. Hunsucker, Chief Civil Deputy Prosecuting Attorney, WSBA # 48692

P.O. Box1220
Port Townsend, WA 98368
Phone: (360) 385-9219
Fax:     (206) 223-9423
Email: phunsucker@co.jefferson.wa.us

DEFENDANT KATHLEEN KLER'S MOTION FOR SUMMARY JUDGMENT - 4
3:20-cv-05253-RJB

1329-00014/Kler Motion for Summary Judgment

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**

Charles Maduell, WSBA No. 15491
Law Office of Charles Maduell, PLLC
1400 112th Ave. SE, Ste. 100
Bellevue, WA  98004-6901
Telephone: (206) 240-194
Email:  chuck@charlesmaduell.com

**Attorneys for Plaintiff**

Greg Overstreet, WSBA No. 26682
Security Services NW & Fort Discovery
Office of General Counsel
250 Center Park Way
Sequim, WA 98382
Telephone:  (800) 859-3463
Fax:  (360) 797-8483
Email:  greg@ssnwhq.com

**Attorneys for Plaintiffs**

Wright Noel, WSBA No. 25264
Stacy Goodwin, WSBA No. 39287
Carson & Noel, PLLC
20 Sixth Avenue N.E.
Issaquah, WA  98027
Telephone: (425) 395-7786
Facsimile: (425) 837-5396
Email:  wright@carsonnoel.com
stacy@carsonnoel.com
dana@carsonnoel.com

DEFENDANT KATHLEEN KLER'S MOTION FOR
SUMMARY JUDGMENT - 5
3:20-cv-05253-RJB

1329-00014/Kler Motion for Summary Judgment

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**Attorneys for Jefferson County**

Philip C. Hunsucker, WSBA 48692
Chief Civil Deputy Prosecuting Attorney
Jefferson County
P.O. Box 1220
Port Townsend, WA 98368
Telephone: (360) 385-9219
Email: phunsucker@co.jefferson.wa.us

DATED:  September 3, 2020

                                            */s/ Andrew Cooley*
                                            Andrew Cooley, WSBA #15189

                                            801 Second Avenue, Suite 1210
                                            Seattle, WA  98104
                                            Phone: (206) 623-8861
                                            Fax:    (206) 223-9423
                                            Email: acooley@kbmlawyers.com

DEFENDANT KATHLEEN KLER'S MOTION FOR SUMMARY JUDGMENT - 6
3:20-cv-05253-RJB

1329-00014/Kler Motion for Summary Judgment

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423