THE HONORABLE ROBERT J. BRYAN
Trial Date: June 14, 2021

UNITED STATES DISTRICT COURT FOR THE
WESTERN OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH N. D'AMICO, an individual; FORT DISCOVERY CORP, a Washington corporation; SECURITY SERVICES NORTHWEST, INC., a Washington corporation,<br><br>                      Plaintiffs,<br><br>    v.<br><br>JEFFERSON COUNTY, a Washington county; DAVID STANKO; ROBERT GEBO; KATHLEEN KLER,<br><br>                      Defendants. | No. 3:20-cv-05253-RJB<br><br>[PROPOSED]<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>[CLERK'S ACTION REQUIRED] |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants that all of Plaintiffs' claims against Defendant Kathleen Kler may be dismissed without prejudice and without assessment by the Court of costs or attorneys' fees to either party.

STIPULATION FOR AND ORDER OF DISMISSAL - 1
3:20-cv-05253-RJB

1329-00014/Stipulation for and Order of Dismissal (Kler)

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

| | | |
|---|---|---|
| Dated: 10.12.2020 | | CARSON NOEL, PLLC |

By: /s/ Wright A. Noel
Wright A. Noel, WSBA #25264
By /s/ Stacy Goodman
Stacy Goodman, WSBA # 39287
20 Sixth Avenue NE,
Issaquah, WA 98027
Phone: 425-837-4717 ext. 106
Fax: 425-837-5396
E-mail: wright@carsonnoel.com
E-mail: stacy@carsonnoel.com

FORT DISCOVERY CORP. –
OFFICE OF GENERAL COUNSEL
Attorneys for Plaintiff

By: /s/ Greg Overstreet
Greg Overstreet, WSBA No. 26682
250 Center Park Way
Sequim, WA 98382
Telephone: (800) 859-3463
E-mail: greg@ssnwhq.com

***Attorneys for Plaintiffs, Joseph N. D'Amico, Fort Discovery Corp. and Security Services Northwest, Inc.***

Dated: 10.12.2020        KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: /s/ Andrew Cooley
Andrew Cooley, WSBA #15189
801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
E-mail: acooley@kbmlawyers.com

STIPULATION FOR AND ORDER OF DISMISSAL - 2
3:20-cv-05253-RJB

1329-00014/Stipulation for and Order of Dismissal (Kler)

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Dated:   10.12.2020

JEFFERSON COUNTY PROSECUTING ATTORNEY'S OFFICE

By:   */s/ Philip C. Hunsucker*
Philip C. Hunsucker, WSBA 48692
Chief Civil Deputy Prosecuting Attorney
Jefferson County
P.O. Box 1220
Port Townsend, WA 98368
Telephone: (360) 385-9219
Email: phunsucker@co.jefferson.wa.us

***Attorneys for Defendants, Jefferson County, David Stanko, Robert Gebo and Kathleen Kler***

### ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiffs' claims against Defendant Kathleen Kler are dismissed without prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this _____ day of _____, 2020.

_____
THE HONORABLE ROBERT J. BRYAN

STIPULATION FOR AND ORDER OF DISMISSAL - 3
3:20-cv-05253-RJB

1329-00014/Stipulation for and Order of Dismissal (Kler)

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423