THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH D'AMICO, an individual; FORT DISCOVERY CORP., a Washington corporation, and SECURITY SERVICES NORTHWEST, INC., a Washington corporation.<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFERSON COUNTY, a Washington county; DAVID STANKO; ROBERT GEBO; KATHLEEN KLER; DAVID SULLIVAN; KATE DEAN; and GREG BROTHERTON,<br><br>Defendants. | No. 3:20-cv-05253<br><br>JOINT MOTION FOR MODIFICATION OF CASE SCHEDULE AND TRIAL CONTINUANCE |

Pursuant to CR 16 and 40 the parties jointly and request that the Court continue all pending matters in the case schedule 90 days and continue the trial to November 2021. This joint motion is based on a significant medical event experienced by Plaintiffs' lead counsel in this case.



JOINT MOTION FOR MODIFICATION OF
CASE SCHEDULE AND TRIAL
CONTINUANCE - 1

20 Sixth Ave NE, Issaquah, WA 98027
P. 425.837.4717   |   F. 425.837.5396

Greg Overstreet is Fort Discovery Corporation ("Fort Discovery") and Security Services North West, Inc. ("SSNW") in-house counsel. Mr. Overstreet is the Plaintiffs' counsel that is most familiar with the facts in the case, and in some regards the individual the person most knowledgeable regarding certain key facts, the status of plaintiffs' discovery, and has been taking the lead for plaintiffs in discovery, depositions, and responding to summary judgment motions.

Mr. Overstreet recently had emergency surgery during which it was discovered that he has colon cancer. Mr. Overstreet's is currently scheduled to start chemotherapy treatment the week of March 8. There will be six sessions that last two weeks each. It is unclear whether he will be able to assist at all during that time and if he can assist, how much he will be able to assist. Plaintiffs need the additional time to retain additional help to work on the case and to get Mr. Overstreet's co-counsel in a position where they will be able to prosecute the claims.

In light of the above, Defendants and Plaintiffs have agreed to continue the current case schedule deadlines 90 days, assuming that is agreeable to the Court. Defendants trial counsel's current trial schedule makes it so that he is not available to try the case until November. As a result, the parties have agreed to continue the trial date to November, again assuming that is acceptable to the Court.



JOINT MOTION FOR MODIFICATION OF CASE SCHEDULE AND TRIAL CONTINUANCE - 2

20 Sixth Ave NE, Issaquah, WA 98027
P. 425.837.4717   |   F. 425.837.5396

DATED this 26th day of February, 2021.

| | |
|---|---|
| CARSON NOEL, PLLC<br>*Attorneys for Plaintiffs* | KEATING, BUCKLIN & McCORMACK, INC., P.S.<br>*Attorneys for Defendants* |

By s/ Wright A. Noel
Wright A. Noel, WSBA #25264
By s/ Stacy Goodman
Stacy Goodman, WSBA # 39287
20 Sixth Avenue NE,
Issaquah, WA 98027
Phone: 425-837-4717 ext. 106
Fax: 425-837-5396
E-mail: wright@carsonnoel.com
E-mail: stacy@carsonnoel.com

By s/ Andrew Cooley
Andrew Cooley, WSBA #15189
801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: acooley@kbmlawyers.com

JEFFERSON COUNTY PROSECUTING ATTORNEY'S OFFICE
*Attorneys for Defendants*

By s/ Philip C. Hunsucker
Philip C. Hunsucker, Chief Civil Deputy Prosecuting Attorney, WSBA #48692
PO Box 1220
Port Townsend, WA 98368
Phone: (360) 385-9219
Fax:    (206) 223-9423
Email: phunsucker@co.jefferson.wa.us

