THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH D'AMICO, an individual; FORT DISCOVERY CORP., a Washington corporation, and SECURITY SERVICES NORTHWEST, INC., a Washington corporation.<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFERSON COUNTY, a Washington county; DAVID STANKO; ROBERT GEBO; KATHLEEN KLER; DAVID SULLIVAN; KATE DEAN; and GREG BROTHERTON,<br><br>Defendants. | No. 3:20-cv-05253<br><br><br>JOINT MOTION TO DISMISS CASE |

Pursuant to Federal Rules of Civil Procedure 41 the parties jointly request that the Court dismiss this case with prejudice and without costs or attorney fees being awarded to any party. The parties have reached a settlement that fully resolves the claims in this case and the requested dismissal is pursuant to the terms of that settlement agreement.



JOINT MOTION TO DISMISS - 1

20 Sixth Ave NE, Issaquah, WA 98027
P. 425.837.4717   |   F. 425.837.5396


DATED this 2nd day of March, 2021.

| CARSON NOEL, PLLC<br>*Attorneys for Plaintiffs* | KEATING, BUCKLIN & McCORMACK, INC., P.S.<br>*Attorneys for Defendants* |
|---|---|
| By s/ Wright A. Noel<br>Wright A. Noel, WSBA #25264<br>By s/ Stacy Goodman<br>Stacy Goodman, WSBA # 39287<br>20 Sixth Avenue NE,<br>Issaquah, WA 98027<br>Phone: 425-837-4717 ext. 106<br>Fax: 425-837-5396<br>E-mail: wright@carsonnoel.com<br>E-mail: stacy@carsonnoel.com | By s/ Andrew Cooley<br>Andrew Cooley, WSBA #15189<br>801 Second Avenue, Suite 1210<br>Seattle, WA 98104<br>Phone: (206) 623-8861<br>Fax: (206) 223-9423<br>Email: acooley@kbmlawyers.com |

JEFFERSON COUNTY PROSECUTING ATTORNEY'S OFFICE
*Attorneys for Defendants*

By s/ Philip C. Hunsucker
Philip C. Hunsucker, Chief Civil Deputy Prosecuting Attorney, WSBA #48692
PO Box 1220
Port Townsend, WA 98368
Phone: (360) 385-9219
Fax: (206) 223-9423
Email: phunsucker@co.jefferson.wa.us