THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH D'AMICO, et al., <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON COUNTY, et. al., <br> a Delaware corporation, <br><br> Defendant. | No. 3:20-cv-05253-RJB <br><br> **[PROPOSED] ORDER DISMISSING WITHOUT COSTS OR FEES** |

**<u>ORDER</u>**

PURSUANT TO THE PARTIES JOINT MOTION TO DISMISS, IT IS ORDERED that the above captioned case is dismissed with prejudice and without costs or attorney fees awarded to any party.

[signature line on following page]

(PROPOSED) ORDER - 1

1     Dated this _____ day of March, 2021.

                                             _____
                                             Honorable ROBERT J. BRYAN

Presented by:

| CARSON NOEL, PLLC | KEATING, BUCKLIN & McCORMACK, |
| *Attorneys for Plaintiffs* | INC., P.S. |
| | *Attorneys for Defendants* |
| By s/ Wright A. Noel | By s/ Andrew Cooley |
| Wright A. Noel, WSBA #25264 | Andrew Cooley, WSBA #15189 |
| By s/ Stacy Goodman | 801 Second Avenue, Suite 1210 |
| Stacy Goodman, WSBA # 39287 | Seattle, WA 98104 |
| 20 Sixth Avenue NE, | Phone: (206) 623-8861 |
| Issaquah, WA 98027 | Fax: (206) 223-9423 |
| Phone: 425-837-4717 ext. 106 | Email: acooley@kbmlawyers.com |
| Fax: 425-837-5396 | |
| E-mail: wright@carsonnoel.com | |
| E-mail: stacy@carsonnoel.com | |

(PROPOSED) ORDER - 2

JEFFERSON COUNTY PROSECUTING ATTORNEY'S OFFICE
*Attorneys for Defendants*

By s/ Philip C. Hunsucker
Philip C. Hunsucker, Chief Civil Deputy Prosecuting Attorney, WSBA #48692
PO Box 1220
Port Townsend, WA 98368
Phone: (360) 385-9219
Fax:    (206) 223-9423
Email: phunsucker@co.jefferson.wa.us

(PROPOSED) ORDER - 3